IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-628-DRH |
| ) | |
| AMEREN ENERGY GENERATING ) | |
| COMPANY, an Illinois Corporation, and ) | |
| AMEREN CORP., a Missouri Corporation, ) | |
| ) | |
| Defendants. ) | |

## AGREED DISMISSAL ORDER

This matter coming to be heard at the request of the parties, Plaintiff David Warren and Defendants Ameren Energy Generating Company and Ameren Corporation (collectively, "Defendants").  All of Plaintiff's claims and potential claims have been fully compromised and settled, including, but not limited to, any potential claims under the Family and Medical Leave Act, 29 U.S.C. §2601, *et seq.*, and the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*, as reflected by the parties' Settlement Agreement and Release.  Plaintiff and Defendants have further stipulated and agreed to the dismissal of this action with prejudice, with all parties to bear their own costs and attorneys' fees.

IT IS HEREBY ORDERED that that this action is dismissed in its entirety with prejudice, with all parties to bear their own costs and attorneys' fees.

Dated: November 13, 2007                             _____

/s/      DavidRHerndon
**Chief Judge**
**United Stated District Court**