## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DAVID WARREN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **VS.** | ) | **CV NO. 06-628-DRH** |
| | ) | |
| **AMEREN ENERGY GENERATING** | ) | |
| **COMPANY, an Illinois corporation; and** | ) | |
| **AMEREN CORP., a Missouri corporation;** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, each party to bear their own costs and attorney's fees.

**DATED: November 15, 2007**

**NORBERT G. JAWORSKI, Clerk**

    s/Patricia A. Brown
**Deputy Clerk**

**APPROVED:**  /s/    DavidRHerndon
**CHIEF**
**U. S. DISTRICT COURT**